JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROY ELGHANAYAN, et al.,**<br><br>Defendant. | Case No. CV12-04591 WDK(Ex)<br><br>**JUDGMENT** |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff Joe Hand Promotions, Inc. is awarded final judgment against the defendants Roy Elghanayan, an individual d/b/a Krav Maga L.A. and Krav Maga L A LLC d/b/a Krav Maga L A shall pay the plaintiff, Joe Hand Promotions, Inc. in the amount of five thousand and one dollars ($5,001.00).

IT IS SO ORDERED.

Dated: February 4, 2014

_____

William Keller
United States District Judge